FILED
9/29/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

1:26-cr-00518
Judge Sara L. Ellis
Magistrate Judge Albert Berry, III
RANDOM/Cat. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD BYNUM | Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about April 17, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

RICHARD BYNUM,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock Model 43X, 9mm caliber pistol, bearing serial number CEAC188, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes a Glock Model 43X, 9mm caliber pistol, bearing serial number CEAC188, and associated ammunition.

A TRUE BILL:

______________________________
FOREPERSON

______________________________
ANDREW S. BOUTROS
UNITED STATES ATTORNEY